```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Raymon A. Dash,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>City of New York et al.,<br><br>　　　　　　　　　　Defendants. | 1:20-cv-03894 (LTS) (SDA)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than March 5, 2021, Plaintiff shall either (1) file an Amended Complaint, or (2) file an opposition to each of the pending motions to dismiss filed by Defendant Oasis (ECF No. 29) and Defendant Sera Security (ECF No. 39) and the anticipated motions to dismiss to be filed by Defendant City of New York and by Defendant New York City Housing Authority ("NYCHA"). If Plaintiff requires additional time to respond to the motions, including the anticipated motion to be filed by NYCHA (*see* paragraph 2 below), he may file a letter with the Court requesting a further extension. Defendants shall file their respective replies, if any, no later than March 26, 2021.

2. The deadline for Defendant NYCHA to respond to the Complaint is extended until January 22, 2021.

Plaintiff is advised that there is a free legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due

to COVID-19, all appointments will take place via telephone. An unrepresented party can make an appointment by completing the electronic intake form, available on the Court's website at [https://nysd.uscourts.gov/attorney/legal-assistance](https://nysd.uscourts.gov/attorney/legal-assistance), or by calling 212-659-6190 and leaving a voice message. Plaintiff is strongly encouraged to seek assistance from NYLAG in either filing an Amended Complaint or opposing the motions to dismiss as set forth in paragraph 1 of this Order.

The Clerk of Court is directed to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         January 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge